IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RYAN ANDERSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. CIV-05-1144-L |
| | ) | |
| EDWARD L. EVANS, | ) | |
| | ) | |
| Respondent . | ) | |

## **O R D E R**

This matter is before the court for review of the Report and Recommendation entered by the Honorable Valerie K. Couch on March 21, 2006, in which she recommended denying the Petition for Writ of Habeas Corpus and Petitioner's Emergency Application for a Temporary Restraining Order and/or a Preliminary Injunction Against the Respondents. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed and to date petitioner has failed to object to the Report and Recommendation. Having conducted a *de novo* review of this matter, the court finds that the Report and Recommendation should be adopted in its entirety. The Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 by a Person in State Custody (Doc. No. 1) and Petitioner's Emergency Application for a Temporary Restraining Order

and/or a Preliminary Injunction Against the Respondents (Doc. No. 9) are DENIED.

Judgment will issue accordingly.

    It is so ordered this 17th day of April, 2006.

*Tim Leonard*
TIM LEONARD
United States District Judge